# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY HAM,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>Defendant. | Case No.: 21-cv-127-MMA (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 15] |

On June 21, 2021, Plaintiff Stacey Ham and Defendant Capital One Bank (USA), N.A. ("Defendant") filed a joint motion to dismiss Defendant from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a). Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action in its entirety with prejudice. Each party shall bear its own costs and attorney's fees. The Court further **DIRECTS** the Clerk of Court to terminate all pending motions and deadlines and close this case.

**IT IS SO ORDERED.**

Dated: June 21, 2021

HON. MICHAEL M. ANELLO
United States District Judge